**RECEIVED**

DEC 15 2014 MP

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Steve Podkulski

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV10104
JUDGE NORGLE
MAGISTRATE JUDGE SCHENKIER

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

1. Warden Terry Williams
2. Ada Johnson
3. Officer Norrington
4. Officer Banks
5. X5 John Doe Sort Officers
6. John Doe PRB Representative

7. Jane Doe Psych
8. Jane Doe Medical Nurse
9. John Doe States Attorney Bridgview Courthouse
10. John Doe Detective Bedford Park Police
11. John Doe Detective Bedford Park Police
12. Director Roger Walker S.A. Godinez
13. Medical Provider John Doe
14. Bedford Park Police Dept
15. City of Bedford Park

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

- 1 -

I.  **Plaintiff(s):**

   A. Name: Steve Podkulski

   B. ~~List all aliases:~~

   C. ~~Prisoner identification number:~~

   D. ~~Place of present confinement:~~

   E. Address: ~~[scribbled out]~~ 128 Ocean St Lynn MA 01902

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Terry Williams

   Title: Worden

   Place of Employment: Stateville C.C.

   B. Defendant: ADA Johnson

   Title: Field Services

   Place of Employment: Stateville C.C

   C. Defendant: Officer Harrington

   Title: Officer

   Place of Employment: Stateville C.C

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: BANKS
   Title: Officer
   Place of Employment: Stateville C.C

E. Defendants: X5 John Doe
   Title: SORT Officers
   Place of Employment: Stateville C.C

F. Defendant: ~~~~ John/Jae Doe
   Title: PRB Representative
   Place of Employment: Stateville CC.

G. Defendants: Jane Doe
   Title: Medical Nurse
   Place of Employment: Stateville CC.

H. Defendant: Jane Doe
   Title: Psychiatric Person / Mental Health
   Place of Employment: Stateville CC

I. Defendant: John Doe
   Title: State Attorney Bridgeview Courthouse
   Place of ~~Confinement~~ Employment: Cook County Bridgeview

J. Defendant: John Doe
   Title: ~~State Attorney~~ Detective
   Place of Employment: Cook County, ~~Bridgeview~~ Bedford Park Police

K. Defendant: John Doe
   Title: Detective
   Place of Employment: Bedford Park Police

L. Defendant: S.A Godinez
   Title: Director IDOC
   Place of Employment: IDOC Springfield

M. Defendant: John Doe
   Title: MEDICAL PROVIDER
   Place of Employment: UNKNOWN

N. Defendant: Bedford Park Police Dept
   Title: Police Department
   Place of Employment: City of Bedford Park Illinois

O. Defendant: City of Bedford Park
   Title: Bedford Park
   Place of Employment: Bedford Park Illinois

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Podkulski v Gordon 11-cv-102-JL

B. Approximate date of filing lawsuit: 2011

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Steve Podkulski

D. List all defendants: Jason Barbara, Sgt Bellis, SGT Gordon

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): U.S District New Hampshire

F. Name of judge to whom case was assigned: Unknown

G. Basic claim made: 1st, 4th, 8th, 11th, 14th Amendment Violations

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: Unknown

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

III. List all lawsuits I have filed.

A. Name of Case and Docket # __Podkulski v. Nicholson   13-cv-1348__

B. Date of Filing __June 2013__

C. List Plaintiffs. __Steve Podkulski__

D. List all Defendants __Nicholson, Moses__

E. Court in which filed: __U.S District Central Illinois__

F. Name of Judge: __Unknown__

G. Claims Made: __8th, 14th Amendment Violations__

H. Disposition of case: __Pending__

I. Date of Disposition. __Unknown__

-6-

IV.     **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(Claim 1) On and prior to 10-22-14 Warden Williams, Ada Johnson, John Doe PRB Representatives, John Doe States Attorney, John Doe Detective #10, John Doe Detective #11, Director S.A. Godinez Conspired to forcibly remove me from Stateville CC and Illegally Place me on Parole/MSR against my will. Parole/MSR is not Mandatory and I did not sign the PRB agreement. I should have been violated. 1st, 6th, 8th + 14th Amend Violations

(Claim 2) On 10-22-14 Williams, Johnson, PRB Representative, S.A. Godinez ensured I was forced out of Prison onto MSR (a form of custody) even though I did not agree to it. Every Prisoner has the right to refuse MSR and serve the term of his MSR in IDOC Custody. Williams told Johnson to forge my signature on MSR release papers. Which she did. 1st, 8th, 6th, 14th Amend Violations

(Claim 3) Upon leaving the B of I area on 10-22-14 I fell to the floor due to medical conditions and was brutally choked and manhandled by Harrington and Banks causing me great bodily harm. Technically I was no longer under IDOC Custody and State Police should have been called if I was deemed a threat. I was totally compliant but still physically abused by Harrington and Banks. 8th + 14th Amendment Violations

Revised 9/2007

-7-

(Claim 4) Williams called for an SORT Extraction Team even though I was suffering from a medical condition. I had the right to an Ambulance, And My choice of Medical Care, I was already released on MSR by Williams and Johnson, and PRB REP. Approx X5 unknown SORT officers came into the cell and dragged me around and used extreme force when I complained of my medical needs. All causing me great physical and psychological damages. 8th + 14th Amend Violations

(Claim 5) A Jane Doe Mental Health Worker and then a Jane Doe Medical Nurse came and I tried to explain my problems but they did not want to hear them, Being Deliberately Indifferent to a serious 8th + 14 Amend Violations.

(Claim 6) Director Godinez and PRB Representative where made aware of this prior to 10-22-14 and told them to do what they had to to remove me from Prison onto MSR. 1st, 6th, 14th Amend Violations.

(Claim 7) John Doe Medical Providers Policies on handling this situation violated my 8th and 14th Amendments to U.S.C.

(Claim 8) John Doe Detectives, and States Attorney set out to ensure there jobs were easy + contacted needed personal to arrange this in advance. Violating 8th + 6th, 1st, 14th Amendments to U.S.C.

(Claim 9) On 10-22-14 The Warden Williams did not let me pack or take any of my property about $1500.00 worth of property causing its loss. A 14th 11th Amendment Violation.

Revised 9/2007

-8-

(Claim 10) All defendants in their Individual and Official Capacities Violated my rights under the ADA.

All Defendants were or should have been knowing that I suffer from Mental Illness PTSD and other conditions. It is well documented in the Facility and in Mental Health and Health Care.

Under the ADA a mental Illness is protected.

When they jumped on me and used excessively brutal force and also when Medical and Mental Health dismissed my issues they all exhibited deliberate indifference to a serious medical need.

Defendants violated ADA, 8th and 14th Amendments to U.S.C.

(Claim 11) Defendants John Doe Detective Bedford Park #10, John Doe Detective Bedford Park #11, Bedford Park Police Dept #14, City of Bedford Park.

On 10-22-14 I was Transported to McNeal Hospital Emergency Room. Defendants in their Individual and Official Capacities, by and through there supervisors rules and city's Violated my ADA rights and Hippa Violations by engaging in conversations with the medical staff at McNeal about my private Medical Information, and how and what to allow me.

I also alerted Defendants to a serious Medical Need such as seizures and thoughts of suicide as I am mentally Disabled under the ADA Defendants had an obligation to allow me treatment but refused to let me see a psychiatrist or place me under observation.

Defendants also choked, punched, and twisted my body when I tried to scream out that I needed to see psychiatrist and that I was suicidal.

These acts were Deliberate Indifference to a serious medical need and the Police Depts failure, and City's failure to properly Train their staff on such issues is a Violation of my 8th, 14th Amendments.

-9-

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) COMPENSATORY DAMAGES IN THE AMOUNT OF $250,000.00 JOINT AND SEVERALLY IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES,
(2) PUNATIVE DAMAGES IN THE AMOUNT OF $250,000.00 JOINT AND SEVERALLY IN THERE INDIVIDUAL AND OFFICIAL CAPACITIES,
(3) INJUNCTIVE RELIEF - RELEASING ME FROM THE CONDITIONS + TERMS IMPOSED BY PRB AND RETURNING ME TO IDOC.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __30TH__ day of __November__, 20__14__

_____
(Signature of plaintiff or plaintiffs)

Steve Podkulski
(Print name)

_____
(I.D. Number)

128 Ocean St
Lynn, MA 01902
(Address)

Revised 9/2007

STEVE PODKULSKI,
         Plaintiff
    VS
TERRY Williams, et al
         Defendant

CASE# _____

## EMERGENCY INJUCTIVE RELEIF ORDER

Now comes your Plaintiff and states as follows in support:

I was FORCED onto MSR/PAROLE on 10-22-14. This and other Districts have Determined MSR is a form of custody and also an Agreement.

I did not sign the PRB Stipulations Agreement and am being forced to be in the custody of Parole Authorities. I have/had a right to not sign Agreement and see PRB for a review hearing. I was and still am being denied this RIGHT!

Anyone has the right to not do there MSR and serve there time in IDOC, EXCEPT ME!.

This is a clear 14th Amend Violation that I continue to suffer and an 8th Amend violation for psychological Damages.

① I have a clear right not to participate in MSR which is being ignored.
② I am suffering daily a 14th Amendment Violation by being subjected to Terms and conditions that I did not sign for, agree to, or consent to.
③ I will continue to suffer these if this Court takes no action
④ Defendants suffer nothing by complying with Injuctive Relief Order.

Wherefore your Plaintiff Prays this Court Grant the Relief Requested, Or any other Relief it Deems fair + just.

-17-

Relief Requested:

① IDOC Immediatly release me from MSR

—OR—

② IDOC take me back into custody Immediatly. and allow me to see the PRB to decide if I agree with Terms + Conditions or MSR or wish to be Violated. By issuing a warrant for Parole Violation IDOC will have me returned to there custody.

③ This is completely illegal and a complete violation of my Civil liberties. I did not + do not agree to MSR, or the PRB Terms and Conditions. Nor did I sign the Agreement by PRB for MSR.

DATE: 11/30/14

Steve Polkulski
128 Ocean ST
Lynn MA 01902

-12-